IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

RONALD A. NURSE, )
)
Plaintiff, )
)
v. ) CV 113-094
)
SHERATON ATLANTA HOTEL, )
WALDEN UNIVERSITY, Hon. )
Dr. MATTHEW BUCKLEY, and Hon. )
Dr. SAVITI SAXON-DIXON, )
)
Defendants. )

---

**ORDER**

---

Plaintiff Ronald A. Nurse commenced the above-captioned case ostensibly pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.*, and the Age Discrimination Act of 1975, 42 U.S.C. § 6101 *et seq.* (See doc. no. 1-1.) Although Plaintiff resides in Augusta, Georgia, his complaint concerns events which took place in Atlanta, Georgia, and he names Defendants who are located in Atlanta, Georgia, and Baltimore, Maryland. (See doc. no. 1, pp. 2-6.) Therefore, it appears that the proper venue for this action is the Atlanta Division of the Northern District of Georgia, not the Southern District of Georgia. 28 U.S.C. § 1391(b).[1]

---

[1]"A civil action may be brought in–(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a). Because it appears that the case should have been filed in the Northern District of Georgia, transfer to that district is appropriate.

Therefore, it is **HEREBY ORDERED** that the above-captioned case is **TRANSFERRED** to the United States District Court for the Northern District of Georgia, Atlanta Division, for further consideration. The Clerk of Court is **DIRECTED** to forward the file to that district.

SO ORDERED this 25th day of June, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).